DHS/BICE at Boston, MA
Defendants

v.

Charles Kouame
Petitioner

A Petition For A Writ Of Habeas Corpus

File # A97 749 209

05 11462 C

Referred to ChMJMB Bach

Now Comes the Petitioner, Charles Kouame, requesting this Honorable Court hear His Petition and grant immediate relief from DHS/BICE custody. The Petitioner has been unlawfully detained since 07/01/05, the 90th day after a "Final Order Of Deportation", (never actually served upon Him), (Exhibit 1A).

In a continued effort to cooperate with DHS/BICE Petitioner telephoned His Embassy in Washington, D.C. on Mon. 06/21/05, asking what additional paperwork or information was needed. Ivory Coast General Consul Adoument Kauadio stated, to Petitioner's extreme surprise, the Ivory Coast will NOT take Him back and will not issue a "Travel Document".

In accordance with INA 241(a) and authority of the United States Supreme Court in Zapaitius, 2001, (please excuse incomplete cite and incorrect spelling, there is no legal access here, no access to the Courts), the Petitioner is now detained in violation of Federal Law. This Honorable Court has jurisdiction to remedy this injustice.

I beg this Court provide the Petitioner immediate relief that He may rejoin His Wife of 4 years, Bochelle Kouame, (Exhibit 2B), and 9 Month-Old Daughter, Chloe' P.M. Kouame, (Exhibit 3C), both United States Citizens, (Exhibit 3C And Exhibit 4D).

Charged as an Illegal Alien, (Exhibit 5E), Mrs. Bochelle Kouame's Petition for Adjustment of Status/Legal Permanent Residence on behalf of Her Husband, Charles Kouame, (the Petitioner herein), was denied due to a criminal conviction which has since been Vacated (Exhibit 6F)

p. 2. of 8

Mr. and Mrs. Kouame will Petition again for Legal Permanent Residency.

Employed even while in Jail (a non-paying position), the Petitioner looks forward to a return to the work force in support of His Wife and infant Daughter.

Respectfully Submitted,

*Charles Kouame*   07-05-05

Charles Kouame

ID# 130596, Unit G.B. Cell# 01

D.H.O.C. - Bristol County Jail

400 Faunce Corner Road

North Dartmouth, MA. 02747

Pro Se Petitioner