```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHARLES KOUAME,                   )
                                  )
            Petitioner,           )
                                  )
       v.                         )
                                  )   C.A. No. 05-11462-GAO
DEPARTMENT OF HOMELAND            )
SECURITY/BICE,                    )
                                  )
            Respondent.           )
                                  )
```

ORDER OF DISMISSAL

In accordance with this Court's Memorandum and Order dated July 12, 2005, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

```
                           SARAH ALLISON THORNTON,
                           CLERK OF COURT


Date: July 14, 2005        By /s/ Barbara Morse
                           Deputy Clerk
```